UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARROD GORDON,<br><br>        Plaintiff,<br><br>    v.<br><br>VEGA, *et al.*,<br><br>        Defendants. | No. 1:20-cv-00607-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CASE FOR FAILURE TO PROSECUTE AND FAILURE TO OBEY A COURT ORDER<br><br>(Doc. No. 6) |

    Plaintiff Jarrod Gordon is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On June 19, 2020, the assigned magistrate judge issued corrected findings and recommendations, recommending that that this action be dismissed due to plaintiff's failure to prosecute and for failure to obey a court order. (Doc. No. 6 at 3.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.*) No objections have been filed, and the time to do so has now passed.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the

1

findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on June 19, 2020 (Doc. No. 6) are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's failure to prosecute and failure to comply with a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 3, 2020**　　　　　　　/s/ Dale A. Drozd
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE